UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DIANE REED, | ) | CASE NO. 1:12CV1436 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | <u>AND ORDER</u> |
| | ) | |
| Defendant. | ) | |

The Social Security Administration denied Plaintiff's claim for disability insurance benefits and supplemental security income in the above-captioned case. Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to Magistrate Judge William Baughman, Jr. for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rules 72.2(b)(1). The Magistrate Judge submitted a report and recommendation (Doc. 27) recommending that the Court AFFIRM the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that the parties may object to a report and recommendation within fourteen (14) days after service. No objections have been filed within the 14-day period. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

1

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's decision is AFFIRMED.  The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.


Dated:  March 22,2013                    /s/ John R. Adams_____  _____
                                         UNITED STATES DISTRICT JUDGE